```
                  UNITED STATES DISTRICT COURT
                   MIDDLE DISTRICT OF FLORIDA
                         TAMPA DIVISION
```

UNITED STATES OF AMERICA

v.                                      Case No. 8:11-cr-211-T-33AEP

AMANDA KYZER DARBY
_____/

**ORDER**

This matter is before the Court pursuant to Defendant Amanda Kyzer Darby's Motion for Reduction of Sentence (Doc. # 225), which was filed on February 10, 2015. The Government filed a Response in Opposition to the Motion on March 5, 2015. (Doc. # 228). The Court denies the Motion for the reasons that follow.

**Discussion**

The Defendant pleaded guilty and was convicted of conspiracy to possess with intent to distribute 50 grams or more of methamphetamine. (Doc. # 169). On March 27, 2012, Defendant was sentenced to 120 months imprisonment. (Doc. # 169). Defendant has served approximately three years of her ten year mandatory minimum sentence.

In her Motion, Defendant describes some of the positive choices she has made during her period of incarceration, such as participating in the Unicore employment program, getting her G.E.D., and taking drug education classes. She indicates

that she plans to move in with her son upon her release from prison and seeks a sentence reduction based on her personal progress and good behavior. While the Court commends Defendant for her growth and reform, the Court declines to reduce Defendant's term of imprisonment. This Court sentenced Defendant to the applicable mandatory minimum sentence. Accordingly, the Court is not in a position to reduce Defendant's sentence at this juncture.

    Accordingly, it is

    **ORDERED, ADJUDGED,** and **DECREED**:

Defendant Amanda Kyzer Darby's Motion for Reduction of Sentence (Doc. # 225) is **DENIED**.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this <u>6th</u> day of March, 2015.

                                        VIRGINIA M. HERNANDEZ COVINGTON
                                        UNITED STATES DISTRICT JUDGE

Copies:  Amanda Kyzer Darby
           AUSA Maria Chapa Lopez